**In the Matter of Robert D. COLESTOCK.**

**No. 182S35.**

Supreme Court of Indiana.

April 30, 1984.

GIVAN, Chief Justice.

## ORDER STAYING DATE OF SUSPENSION

Comes now the Respondent and files his "Verified Petition for Extension of Time to Complete Requirements of D.R. 23, S. 26, or, in the Alternative, Extension of Time of Commencement of Suspension of Respondent", which matter more fully appears in words and figures as follows, to-wit:

(H.I.)

And this Court, being duly advised now finds that the ordered suspension from the practice of law should be stayed pending consideration of Respondent's Petition for Rehearing.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by this Court that Respondent's suspension from the practice of law in this State for one year, as ordered by this Court under the opinion entered in this cause on April 5, 1984, 461 N.E.2d 137, is stayed until June 1, 1984.

DeBRULER, PIVARNIK and PRENTICE, JJ., concur.

HUNTER, J., not participating in this Order.

**In the Matter of the Reinstatement of Charles A. WALTON.**

**No. 1079 S 277.**

Supreme Court of Indiana.

May 4, 1984.

## ORDER OF REINSTATEMENT

Comes now the Indiana Supreme Court Disciplinary Commission and files their "Findings of Fact and Recommendation of the Indiana Supreme Court Disciplinary Commission" wherein they find that the Petitioner, Charles A. Walton, has satisfied the requirements of Admission and Discipline Rule 23, Section 4(a).

And this Court, having examined said findings and recommendations, now adopts and accepts them in their entirety.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Petitioner, Charles A. Walton, be and hereby is reinstated as an attorney at the Bar of this Court, effective immediately.

The Clerk of this Court is directed to forward a copy of this Order to the Indiana Supreme Court Disciplinary Commission, to John O. Moss, Attorney for Petitioner, Suite 200, 156 East Market Street, Indianapolis, Indiana 46204, to the State Board of Law Examiners, and to all parties who were notified previously of Petitioner's suspension. See 431 N.E.2d 474 (Ind.1982).

All Justices concur.